Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 0208 1:13CR00836

Edward Matthews

On February 16, 2022, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Edward Matthews be discharged from Supervised Release.

Respectfully submitted,

by

Ji'vonne H. Gilmore
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _____ 9th _____ day of _____ April _____ , 20 _24_ .

Honorable Sidney H. Stein
Senior U.S. District Judge